# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:09-CR-78-01 |
| | ) | |
| ARTHUR JAMES MARSHALL, JR., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| EQUITY TRUST COMPANY, | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER

Presently before the Court is a Consent Motion for Stay of Garnishment Pending Direct Appeal submitted by the Government and Defendant, Arthur James Marshall, Jr. Having considered the matter and being duly advised, the Court now ORDERS as follows:

1. IT IS ORDERED that the Consent Motion for Stay of Garnishment Pending Direct Appeal is granted.

2. IT IS ORDERED that all proceedings with respect to this garnishment are STAYED pending the disposition of Marshall's direct appeal. IT IS FURTHER ORDERED that the Government shall not initiate any further restitution collection activity as to Defendant while his direct appeal is pending.

3. IT IS ORDERED that the Garnishee, Equity Trust Company ("Garnishee"), shall withhold and retain until ordered otherwise Defendant's Traditional IRA, Account Number xxx-4595 (the "IRA"), including the cash and unsecured note contained therein. Until further order

of this Court, the Defendant shall be denied access to the IRA and the Garnishee shall not permit withdrawals, transfers, or any other transactions with respect to the IRA.

4. The stay of garnishment proceedings shall automatically lift within 14 days of the conclusion of the appeal, at which point the parties may proceed with garnishment-related filings to the extent any such filings are permitted under the Federal Debt Collection Procedures Act. The automatic lifting of the stay shall not affect the Garnishee's obligation to continue withholding and retaining the Defendant's Traditional IRA, which shall remain restrained per the instructions in this Order and the until further order of the Court.

**IT IS SO ORDERED** this 23rd day of December, 2015.

HON. J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA