IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA       *
                               *
                               *
       v.                      *
                               *      CV 111-097
                               *      CR 109-078
                               *
                               *
ARTHUR JAMES MARSHALL, JR.     *
                               *
                               *
                               *
```

**O R D E R**

On April 6, 2016, Howard W. Anderson III moved to withdraw as counsel of record in these related cases. (Docs. 45, 127.) Mr. Anderson also, at the request of his client, asked the Court to schedule a status conference for his client. In response, the Court instructed Mr. Anderson to show that he had complied with the applicable local rule and to provide a status report on his client's concerns about the case.

With respect to Mr. Anderson's motion to withdraw, he has adequately demonstrated that he gave his client the appropriate notice of his withdrawal. Accordingly, the Court **GRANTS** Mr. Anderson's motion to withdraw. The Clerk is instructed to **TERMINATE** Mr. Anderson as counsel of record in these cases.

In his status report, Mr. Anderson informed the Court that Mr. Marshall objects to the Court closing his § 2255 case (CV 111-097) and requests a hearing. The Court **DENIES** Mr. Marshall's request for a hearing and his request for a status conference. The Court will, however, allow Mr. Marshall **thirty days from the date of this Order** to explain, in writing, his arguments as to why his § 2255 case should not be closed.

Mr. Anderson is instructed to deliver a copy of this Order to Mr. Marshall. Further, Mr. Marshall is instructed to provide the Court with his current address.

**ORDER ENTERED** at Augusta, Georgia this 10th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA