IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 109-078 |
| | ) | |
| ARTHUR JAMES MARSHALL, JR., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| EQUITY TRUST COMPANY, | ) | |
| | ) | |
| Garnishee. | ) | |

O R D E R

On June 17, 2010, Defendant Arthur James Marshall, Jr., was sentenced on two counts of bank fraud to serve a total term of 69 months in prison followed by five years supervised release. The Court also imposed a special assessment of $200.00 and ordered payment of restitution in the amount of $3,607,138.65. The matter is now before the Court on the Government's Motion for Entry of Final Order of Disbursement in this garnishment proceeding.

On September 15, 2015, the Government filed an Application for Writ of Garnishment seeking substantial nonexempt property belonging to Defendant held by Garnishee Equity Trust Company. More specifically, the Garnishee holds a self-directed Individual Retirement Account ("IRA") (ending in #4595) which contains cash in the amount of $78,169.22 and

an unsecured note in the amount of $75,000. Exhibit A to the Government's present motion indicates that the unsecured note is scheduled for a final payout on October 1, 2016, for a total of $82,500, inclusive of interest. (Doc. 133, Ex. A.)

Defendant was served with the Writ of Garnishment and appropriate instructions. (See Doc. 103.) Defendant filed a traverse to the garnishment and moved to stay the proceedings during the pendency of his habeas petition under 28 U.S.C. § 2255 wherein Defendant claimed ineffective assistance of counsel in failing to file a direct appeal from his criminal conviction. Defendant neither contested the garnishment proceeding or his liability for the debt nor claimed any exemption from garnishment. (See Doc. 110.) After the Government agreed to waive any untimeliness objections to a notice of appeal by Defendant, this Court stayed the garnishment proceedings pending resolution of Defendant's direct appeal in this case.[1] The Order to Stay instructed the Garnishee to freeze Defendant's account and provided that the stay would automatically lift within fourteen (14) days of the appeal's resolution. (See Doc. 124.)

On March 31, 2016, the Eleventh Circuit granted the Government's motion to dismiss the appeal based upon

---

[1] The Clerk is directed to **TERMINATE** Defendant's motion to stay filed on October 15, 2015. (Doc. 110.)

Defendant's appeal waiver. The dismissal was made the mandate of this Court on April 11, 2016. Thus, the previously-ordered stay of garnishment has lifted.

Having now considered the circumstances of the case, the Court hereby **GRANTS** the Government's Motion for Entry of Final Order of Disbursement. (Doc. 133.)

**IT IS ORDERED** that the Garnishee, Equity Trust Company, shall, within fourteen (14) days hereof, disburse all cash in the self-directed IRA (ending in #4595) owned by Defendant to include $78,169.22 and any accrued interest, to the Clerk of Court, Southern District of Georgia. Payment by the Garnishee under this Order shall bear the notation "Marshall, Case No. 1:09-CR-78-01," be made payable to "Clerk, U.S. District Court," and sent to the United States District Court Clerk, Southern District of Georgia, Post Office Box 1130, Augusta, GA 30901.

**IT IS FURTHER ORDERED** that once the unsecured note in the amount of $75,000 (with an expected final payout amount of $82,500 inclusive of interest) has been paid to Defendant's IRA, Garnishee shall within fourteen (14) days after said payment disburse such funds to the Clerk of Court, Southern District of Georgia. Payment by the Garnishee shall be made to the Clerk of Court in the same manner as directed above.

Finally, the Garnishee shall provide written notification

of the date and amount of all payments directed to the Court under this Order to: James L. Coursey, Jr., Post Office Box 8427, Savannah, GA 31412, with a copy to the United States Attorney's Office, Attention: Financial Litigation Unit, Post Office Box 8970, Savannah, GA 31412.

The Clerk is directed to serve a copy of this Order upon Equity Trust Company, Attention: Elizabeth A. Jerdonek, 1 Equity Way, Westlake, Ohio, 44145-1050.

**ORDERED ENTERED** at Augusta, Georgia, this 2nd day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA