IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ARTHUR JAMES MARSHALL, JR., *
                              *
    Petitioner,               *
                              *
        v.                    *         CV 111-097
                              *         (rel. CR 109-078)
UNITED STATES OF AMERICA,     *
                              *
    Respondent.               *

**O R D E R**

This matter is before the Court based upon Petitioner's failure to timely respond to: (i) the Order to show cause dated June 10, 2016 (the "Order to Show Cause"); and (ii) Respondent's Motion to Dismiss. (See Docs. 49, 52.) In the Order to Show Cause, the Court instructed Petitioner to explain, in writing, "why his [instant] § 2255 case should not be closed" by July 11, 2016. (Doc. 49, at 2.) On June 9, 2017, Respondent filed its Motion to Dismiss Petitioner's instant § 2255 petition based on his failure to comply with the aforementioned requirement of Order to Show Cause. (Doc. 52.) To date, Petitioner has failed to: (a) file his response as required by the Order to Show Cause; (b) file his response to Respondent's Motion to Dismiss; (c) seek an extension of time to respond to the Order to Show Cause or Respondent's Motion to Dismiss; or (d) otherwise communicate to the Court his intent to pursue the instant § 2255 petition.

Accordingly, upon due consideration, **IT IS HEREBY ORDERED** that Petitioner's instant § 2255 petition (CV 111-097) is **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** the present case (CV 111-097).

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2